1                                                                                    JS6

2

3                    **UNITED STATES DISTRICT COURT**

4                    **CENTRAL DISTRICT OF CALIFORNIA**

5

6   MOISES VILLALOBOS,                      | **Case No.: 2:24-cv-02020 RGK (PVCx)**

7          Plaintiff,                       | ~~[PROPOSED]~~ **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

8          vs.                              |

9   RICHARD SIMON SILVERA; and              | **[14]**

10  DOES 1 to 10,

11         Defendants.

12

13        Based on the request from Plaintiff and for good cause shown:

14        IT IS HEREBY ORDERED that the entire action be dismissed without

15  prejudice with the Court to retain jurisdiction up until July 10, 2024.

16        SO ORDERED.

17        DATED: 6/10/2024

18                                          R. Gary Klausner,
                                            United States District Court Judge

19

20

21

22

23

24

25

26

27

28

                                            1
                                     [PROPOSED] ORDER